| AO-10 Rev. 1/96 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 1995/*1996* | Report Required by the Ethics Reform Act of 1989. Pub. L. No. 101-194, November 30, 1989 (5 U.S.C. App. 6, 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)  CLAY, ERIC L. | 2. Court or Organization  U.S. Court of Appeals/6th Cir. | 3. Date of Report  01/06/97 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)  Attorney | 5. Report Type (check appropriate type)  XX Nomination, Date 1/7/97  ___ Initial ___ Annual X Final | 6. Reporting Period  01-01/95-12/31/95  01/01/96-12/31/96 |
| 7. Chambers or Office Address  1300 First National Building  Detroit, Michigan 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date _____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Director-Treasurer | Lewis, Clay & Munday, A Professional Corporation |
| Trustee | Lewis, White & Clay 401(k) Plan and Trust |
| Administrator | Estate of Arthur Allen |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements) | |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1995 | Lewis, White & Clay, P.C. | $141634.67 |
| 1996 | Lewis, Clay & Munday, P.C. | $155053.71 |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>CLAY, ERIC L. | Date of Report<br>01/06/97 |
|---|---|---|

**IV. REIMBURSEMENTS and GIFTS** -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| [X] NONE (No such reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |

**V. OTHER GIFTS.** (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [X] NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

**VI. LIABILITIES.** (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [ ] NONE (No reportable liabilities) | | |
| Lewis, Clay & Munday, P.C. | Promissory Note | J |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less   K = $15,001 - $50,000   L = $50,001 - $100,000   M = $100,001 to $25,000
N = $250,001 - $500,000   O = $500,001 - $1,000,000   P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>CLAY, ERIC L. | Date of Report<br>01/06/97 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by reporting spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt. 1<br>Code<br>(A-H) | (2)<br>Type (e.g. div., rent or int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date:<br>Month-<br>Day | If not exempt from disclosure | | | |
| | | | | | | | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) | |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 AT & T Corp Common stock | A | Div | K | T | | | | | | |
| 2 Dial Corporation . common stock | A | Div | J | T | | | | | | |
| 3 General Motors Corporation common stock | B | Div | L | T | | | | | | |
| 4 Microsoft Corporation common stock | A | None | L | T | | | | | | |
| 5 Nuveen Michigan Quality FD Inc tax free securities | B | Div | K | T | | | | | | |
| 6 Pharmacia & Uojohn Inc. Com/common stock | A | Div | K | T | | | | | | |
| 7 United American Health-care Corp/common stock | A | None | O | T | | | | | | |
| 8 Lucent Technologies Inc common stock | A | Div | J | T | | | | | | |
| 9 Viad Corp common stock | A | Div | K | T | | | | | | |
| 10 401(k) Plan & Trust Value Line Centurion Fund | A | Int | K | T | | | | | | |
| 11 401(k) Plan & Trust Guardian Stock Fund | A | Int | K | T | | | | | | |
| 12 401(k) Plan & Trust Value Line Strategic Asset | A | Int | K | T | | | | | | |
| 13 Mich Mun Bd Auth Rev Loc B Govt Prog Ser A mun bds | B | Int | L | T | | | | | | |
| 14 Capital Housing Partners-LXX Partnership Interest | A | Div | J | W | | | | | | |
| 15 Metro Ventures, Inc. common stock | D | Div | J | W | | | | | | |
| 16 LWC Enterprises II Part-nership Interest | A | None | J | W | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |

| 1 Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to $5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 | |
|---|---|---|---|---|---|
| 2 Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 | |
| 3 Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>CLAY, ERIC L. | Date of Report<br>01/06/97 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

This explanation refers to Part VII. Monies received from Capital Housing Partners-LXX and Metro Ventures, Inc. (a subchapter S corporation) during the accounting period have been referred to as "cash distributions" by the disbursing partnership and corporation, respectively. I will not know what amount is attributable as "income" until receipt of K-1s later in the year. For purposes of completing Part VII, B(1) is filled out with respect to these two entities using the amount of the cash distribution received during the reporting period.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Eric L. Clay_      Date January 6, 1997

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, DC 20544

Digitized by Google

## FINANCIAL STATEMENT

### NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 80 | 000 | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule (attached) | | 726 | 012 | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | | | Notes payable to others Lewis, Clay & Munday | | 12 | 000 |
| Accounts and notes receivable | | | | Accounts and bills due | | 2 | 000 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid tax and interest | | | |
| Doubtful | | | | Real estate mortgages payable—add schedule Norwest Mortgage, Inc | | 288 | 000 |
| Real estate owned—add schedule 5522 Royal Wood, W. Bloomfield, MI | | 460 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts—itemize | | | |
| Autos and other personal property | | 25 | 000 | | | | |
| Cash value—life insurance | | | | | | | |
| Other assets—itemize | | | | | | | |
| municipal bonds | | 50 | 393 | | • | | |
| 401(k) Plan & Trust | | 85 | 295 | | | | |
| furniture & personal property | | 50 | 000 | Total liabilities | | 302 | 000 |
| | | | | Net Worth | 1 | 174 | 700 |
| Total Assets | 1 | 476 | 700 | Total liabilities and net worth | 1 | 476 | 700 |
| CONTINGENT LIABILITIES | None | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule.) | none except as indicated | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |

Digitized by Google